# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00049-CV

**Irwin Pentland, Appellant**

**v.**

**Stacey Denise Pentland, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-000929, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On May 10, 2019, we notified appellant Irwin Pentland that the appellate record in this case did not appear to contain a final or otherwise appealable order. This Court's jurisdiction is limited to the review of final judgments and certain interlocutory orders signed by the trial court. *See* Tex. Civ. Prac. & Rem. Code §§ 51.012, .014; *see also Lehmann v. Har-Con Corp.,* 39 S.W.3d 191, 193 (Tex. 2001). Pentland's written response to this notice fails to demonstrate that the trial court has signed a final or otherwise appealable order. Accordingly, the appeal is dismissed for want of jurisdiction.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Jurisdiction

Filed: September 13, 2019